**Mary B. COLEMAN, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

No. 2006–3189.

United States Court of Appeals, Federal Circuit.

July 6, 2006.

Mary B. Coleman, pro se.

### ORDER

Petitioner having paid the initial filing fee,

IT IS ORDERED THAT:

(1) The order of dismissal issued June 29, 2006 is vacated, the mandate recalled, and the notice of appeal is reinstated.

(2) Respondent should compute the due date for filing its brief from the date of filing of this order.